No. 80–1239. RAILWAY LABOR EXECUTIVES' ASSN. *v.* GIBBONS, TRUSTEE, ET AL., 455 U. S. 457;

No. 80–1527. LUMMIS, TEMPORARY ADMINISTRATOR, ET AL. *v.* LOS ANGELES AIRWAYS, INC., 455 U. S. 988;

No. 81–291. ILLINOIS *v.* BOCHNIAK, 455 U. S. 938;

No. 81–933. GREEN *v.* OHIO, 455 U. S. 976;

No. 81–1022. PRESS-ENTERPRISE CO. ET AL. *v.* SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN DIEGO, 455 U. S. 982;

No. 81–1148. BUTLER ET AL. *v.* UNITED STATES, 455 U. S. 945;

No. 81–1206. CHILDERS *v.* ILLINOIS, 455 U. S. 947;

No. 81–1221. GENERAL ATOMIC CO. *v.* UNITED NUCLEAR CORP., 455 U. S. 948;

No. 81–1237. ANGELILLI *v.* UNITED STATES, 455 U. S. 945;

No. 81–1269. AVEDISIAN *v.* HUBBARD ET AL., 455 U. S. 949;

No. 81–1364. EATON *v.* DRAKE UNIVERSITY ET AL., 455 U. S. 990;

No. 81–1412. CONNOR *v.* PHILLIPS, ADMINISTRATOR, ET AL., 455 U. S. 991;

No. 81–5838. CLARK *v.* MUNICIPAL EMPLOYEES CREDIT UNION OF BALTIMORE, INC., 455 U. S. 951;

No. 81–5844. BOWEN *v.* ZANT, WARDEN, 455 U. S. 983;

No. 81–5935. GREEN *v.* ZANT, WARDEN, GEORGIA DIAGNOSTIC AND CLASSIFICATION CENTER, 455 U. S. 983;

No. 81–5970. TAFERO *v.* FLORIDA, 455 U. S. 983;

No. 81–6008. THAYER *v.* PUERTO RICO, 455 U. S. 958;

No. 81–6025. LEVY *v.* HIGH'S DAIRY STORES ET AL., 455 U. S. 1003; and

No. 81–6070. LEBRIGHT *v.* CHRISTIAN, UNITED STATES DISTRICT JUDGE, ET AL., 455 U. S. 1023. Petitions for rehearing denied.